**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Twin City Pipe Trades Service
Association, Inc.,                                            Civ. No. 09-2623 (JNE/JJK)

                  Plaintiff,

v.                                                                        **ORDER**

All Points Mechanical, Inc.,

                  Defendant.

Based on the Report and Recommendation by United States Magistrate Judge Jeffrey J. Keyes, dated July 2, 2010, with all the files and records, and with no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1.       Plaintiff's Motion for Default Judgment (Doc. No. 7), is **GRANTED**;

2.       This Court adopts the July 2, 2010 Report and Recommendation; and

3.       Judgment in the amount of $34,478.74 is entered against Defendant All Points Mechanical, Inc., in favor of Plaintiff Twin City Pipe Trades Service Association, Inc.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 20, 2010                                      s/ Joan N. Ericksen
                                                                JOAN N. ERICKSEN
                                                                United States District Court Judge